IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. AW-10-0760 |
| ANDREW ISAAC CHANCE | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUPPRESS STATEMENTS

The Defendant, Andrew Isaac Chance, through counsel, James Wyda, Federal Public Defender for the District of Maryland, and Lisa W. Lunt, Assistant Federal Public Defender, hereby moves this Honorable Court pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress any and all statements, admissions and confessions allegedly given by the Defendant, whether oral, written or otherwise recorded, that the government proposes to use as evidence against the Defendant at trial, and in support of the motion alleges as follows:

1. Mr. Chance is currently charged by a four-count indictment with one count of Retaliatory Lien, in violation of Title 18, United States Code section 1521, and three counts of False Claims, in violation of Title 18, United States Code section 287. On January 5, 2011, the Defendant was arraigned and entered a plea of not guilty to these counts.

2. The defendant was questioned by law enforcement officers on at least one occasion related to this case. On or about December 16, 2010, Mr. Chance was questioned by agents of the Inspector General's Office of Tax Administration. Mr. Chance allegedly made incriminating statements. The Government intends to introduce these statements at the trial of Mr. Chance.

3.  Information provided by the Government indicates that these alleged statements were obtained potentially in violation of the Fifth Amendment to the United States Constitution, and in violation of the Supreme Court's decision in *Miranda v. Arizona*, 384 U.S. 436 (1966).[1]

4.  Mr. Chance is entitled to a hearing regarding the voluntariness of any statements, admissions, or confessions attributed to him in accordance with the provisions of Title 18 U.S.C. section 3501 and the principles set forth in the case of *United States v. Inman,* 352 F.2d 954 (4th Cir. 1965).

WHEREFORE, for the above reasons and for any other reasons which may appear to the court, the defendant respectfully moves this Honorable Court to suppress all statements, admissions, and confessions which the government proposes to use as evidence against im, whether oral, written or otherwise recorded.

> Respectfully submitted,
>
> JAMES WYDA
> Federal Public Defender
>
> //s//
> _____
> LISA W. LUNT (Fed. Bar No.: 16529)
> Assistant Federal Public Defender
> Office of the Federal Public Defender
> District of Maryland
> 6411 Ivy Lane, Suite 710
> Greenbelt, Maryland 20770
> (301) 344-0600 / Fax: (301) 344-0019
> Lisa_Lunt@fd.org

---

[1] In *Dickerson v. United States*, 530 U.S. 428 (2000), the Supreme Court affirmed *Miranda*, and held that 18 U.S.C. § 3501 is unconstitutional insofar as it overruled *Miranda*. We assume that the procedures specified in § 3501 to determine voluntariness of a statement that are not in conflict with *Miranda* survive.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Fourth Amendment to the United States Constitution.

2. *Arizona v. Gant*, 556 U.S. ___ (2009).

3. *Arkansas v. Sanders*, 442 U.S. 753 (1979).

4. *Schneckloth v. Bustamonte*, 412 U.S. 218 (1973).

5. *Bumper v. North Carolina*, 391 U.S. 543 (1968).

6. *Katz v. United States*, 389 U.S. 347 (1967).


        Respectfully submitted,

        JAMES WYDA
        Federal Public Defender

        //s//
        _____
        LISA W. LUNT
        Assistant Federal Public Defender
        Office of the Federal Public Defender
        District of Maryland
        6411 Ivy Lane, Suite 710
        Greenbelt, Maryland 20770
        (301) 344-0600
        Fax: (301) 344-0019

**REQUEST FOR HEARING**

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on the Defendant's Motion.

                //s//
            _____
            LISA W. LUNT
            Assistant Federal Public Defender