IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Case No. AW 10 CR 0760 |
| v. | * | |
| | * | |
| ANDREW ISAAC CHANCE, | * | |
| | * | |
| Defendant. | * | |

....o0o....

## GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

The United States of America, by and through its undersigned counsel, hereby files this Response in Opposition to Defendant's Motion to Continue Trial Date, based on the following:

1. The indictment in this case was returned by the grand jury on December 13, 2010. The defendant was arrested and made his initial appearance on December 16, 2010. He was arraigned on January 5, 2011, at which time he asserted his right to a speedy trial.

2. The defendant is in custody. After a detention hearing that was completed on December 30, 2010, the defendant was ordered held without bond pending trial.

3. Discovery has been timely provided: 727 pages of discovery were provided on January 5 and 6, 2011; 602 pages were provided on January 25, 2011; and two pages were provided on February 11, 2011.

4. Although the Government has provided more than 1300 pages of documents in discovery, the defendant's scheme was not complicated. The defendant was convicted of filing a false claim against the government in the form of a false tax return in 2007. He was sentenced to 27 months in prison for that crime. Within months of his release from prison, the defendant

publicly filed a retaliatory lien against the prosecutor in that case. He later filed three false claims for tax refunds that were almost identical to the one for which he was convicted.

5. The defense has had all but two pages of the discovery materials since January 25, 2011. There are still nine weeks from the date of this filing until the currently scheduled trial date of May 10, 2011. This should afford the defense ample time to prepare for the Chance trial, which is expected to last only two days.

6. Should the Court determine that a continuance is necessary in order to allow the defense adequate time to prepare for trial, the United States urges the Court to make a written finding that the ends of justice in granting the continuance outweigh the right of the public and the victim in the case to a speedy trial.

Accordingly, the United States urges the Court to deny Defendant's Motion to Continue Trial Date.

    Respectfully submitted,

    ROSEMARY E. PAGUNI
    Chief, Northern Criminal Enforcement Section
    U.S. Department of Justice, Tax Division


By:    /s/
    Jen E. Ihlo
    Mark S. McDonald
    Trial Attorneys
    601 D Street, NW
    Washington, D.C. 20530
    Jennifer.E.Ihlo@usdoj.gov
    Mark.S.McDonald@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Lisa Lunt, Esquire
Office of the Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
*Counsel for Andrew Chance*

                                                        _____/s/_____
                                                        Mark S. McDonald
                                                        Trial Attorney
                                                        U.S. Department of Justice
                                                        Northern Criminal Enforcement Section
                                                        601 D Street, NW
                                                        Washington, D.C.  20530
                                                        Mark.S.McDonald@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *   **Case No. AW 10 CR 0760** |
| **v.** | * |
| | * |
| **ANDREW ISAAC CHANCE,** | * |
| | * |
| **Defendant.** | * |

....o0o....

## ORDER

Defendant's Motion to Continue Trial Date is denied.

_____
Alexander Williams, Jr.
United States District Judge

Dated this \_\_\_ day of March, 2011.